UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | KAMBOUROV, MARIN | § | Case No. 09-11073 |
| | KAMBOUROV, GABBY | § | |
| | | § | |
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 03/23/2010 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>02/22/2010</u>     By:     <u>/s/EUGENE CRANE</u>
                                          Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KAMBOUROV, MARIN  § Case No. 09-11073
     KAMBOUROV, GABBY  §
    §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 8,802.10 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 8,802.10 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| CITIMORTGAGE, INC | $ 0.00 * |

*Claim Withdrawn 11/4/2009

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | EUGENE CRANE | $ 1,630.21 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 1,603.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 241,158.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Nordstrom fsb | $ 3,829.08 | $ 88.41 |
| 2 | DISCOVER BANK | $ 8,847.31 | $ 204.29 |
| 3 | Chase Bank USA NA | $ 2,831.57 | $ 65.38 |
| 4 | PYOD LLC as assignee of Citibank | $ 7,494.07 | $ 173.04 |
| 5 | PYOD LLC as assignee of Citibank | $ 7,109.12 | $ 164.15 |
| 6 | PYOD LLC as assignee of Citibank | $ 18,333.10 | $ 423.31 |
| 7 | PYOD LLC as assignee of Citibank | $ 6,371.61 | $ 147.12 |
| 8 | PYOD LLC as assignee of Citibank | $ 9,354.66 | $ 216.00 |
| 9 | PYOD LLC as assignee of Citibank | $ 42,730.48 | $ 986.65 |
| 10 | Chase Bank USA NA | $ 13,236.64 | $ 305.64 |

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| 11 | Oakton Glass & Mirror | $ 1,650.00 | $ 38.10 |
| 12 | Chase Bank USA NA | $ 1,523.29 | $ 35.17 |
| 13 | PRA Receivables Management, LLC For Portfolio Recovery Assoc | $ 2,270.06 | $ 52.42 |
| 14 | DISCOVER BANK | $ 13,156.45 | $ 303.78 |
| 15 | U.S. Bank N.A. | $ 21,339.11 | $ 492.72 |
| 16 | AMERICAN INFOSOURCE LP FOR American Honda Finance | $ 91.68 | $ 2.12** |
| 17 | Recovery Management Systems Corp. for GE Money Bank | $ 21,925.44 | $ 506.26 |
| 18 | Recovery Management Systems Corp. for GE Money Bank | $ 2,167.38 | $ 50.05 |
| 19 | Recovery Management Systems Corp. for GE Money Bank | $ 13,024.03 | $ 300.73 |
| 20 | Recovery Management Systems Corp. for GE Money Bank | $ 5,576.61 | $ 128.76 |
| 21 | Recovery Management Systems Corp.for GE Money Bank | $ 542.54 | $ 12.53 |
| 22 | Recovery Management Systems Corp. for GE Money Bank | $ 11,028.76 | $ 254.66 |
| 23 | American Infosource LP for FIA Card Services/Bank of America | $ 24,312.11 | $ 561.37 |
| 24 | AMERICAN INFOSOURCE LP For FIA CARD SERVICES/Bank of America | $ 619.27 | $ 14.30 |
| 25 | eCAST Settlement Corp.Assignee of HSBC Bank NV (Menards) | $ 1,794.19 | $ 41.43 |

** Dividends under $5.00 will be deposited with the Court.

UST Form 101-7-NFR (9/1/2009)

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*

                                          N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*

                                          N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 2                   Date Rcvd: Feb 24, 2010
Case: 09-11073                 Form ID: pdf006             Total Noticed: 51

The following entities were noticed by first class mail on Feb 26, 2010.
db/jdb        +Marin Kambourov,    Gabby Kambourov,    1338 E. Forset Ave.,    Des Plaines, IL 60018-1635
aty           +Michael J Worwag,    Law Offices of Michael J Worwag PC,    The Peoples Advocates,
                2500 E. Devon Ave #300,    Des Plaines, IL 60018-4965
tr            +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
13717921      +Advanced Radiology Consultants,    520 E. 22nd St,    Lombard, IL 60148-6110
13717922      +Advocate Luthern General,    PO Box 73208,   Chicago, IL 60673-0001
13717923      +Advocate medical Group,    PO box 92523,    Chicago, IL 60675-0001
13717925       Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
14638454      +CITIMORTGAGE, INC,   PO BOX 140609,    Irving, TX 75014-0609
13717926      +Cap One Na,    2730 Liberty Ave,   Pittsburgh, PA 15222-4704
14075658       Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
13717927      +Chase- Bp,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13717928      +Citibank,    Po Box 6241,   Sioux Falls, SD 57117-6241
13886607      +Citibank,    PO Box 663,    Elgin, IL 60121-0663
13717929      +Citimortgage,    Po Box 9438,    Gaithersburg, MD 20898-9438
13717930       Corporate Receivables,    P.O. Box 32995,    Phoenix, AZ 85064-2995
13717932      +Encore Receivable Mgmt., Inc.,    400 N. Rogers Rd.,    PO Box 3330,    Olathe, KS 66063-3330
14363107       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK   73124-8809
14107202      +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                Houston, TX 77081-1108
13717933      +Gemb/Jc Penney Dc,    Po Box 981424,    El Paso, TX 79998-1424
13717938      +Gemb/Sams dc,    Po Box 981416,   El Paso, TX 79998-1416
13717939      +HARRIS BANK, NA,    3800 Golf Rd #300,    PO Box 5038,    Rolling Meadows, IL 60008-5038
13717940      +Hsbc/Best Buy,    Po Box 15521,   Wilmington, DE 19850-5521
13717941      +Hsbc/Menards,    Po box 15521,    Wilmington, DE 19850-5521
13717942      +LDG Financial Services,    PO box 924073,    Norcross, GA 30010-4073
13717943      +Medical Recovery Specialists,    2200 East Devon Ave #352,    Des Plaines, IL 60018-4503
13717945      +Oakton Glass & Mirror,    921 E. Oakton St.,    Des Plaines, IL 60018-2040
14163308      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Capital One,
                POB 41067,    NORFOLK VA 23541-1067
14087406      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13717946      +Sears/Cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
13717947      +Sears/Citibank sd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
13717948      +The Home Depot/Cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
13717949      +The Home Depot/Citibank sd,    Po Box 6497,   Sioux Falls, SD 57117-6497
14213284     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,   Cincinnati, OH 45201)
14107203      +United Recovery Systems LP,    PO Box 722910,    Houston, TX 77272-2910
13717950       Us Bank,    Cb Disputes,    Saint Louis, MO 63166
13717951       Washington Mutual/Providian,    Po Box 9180,    Pleasanton, CA 94588
14403607      +eCAST Settlement Corporation,    Assignee of HSBC Bank Nevada (Menards),    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
The following entities were noticed by electronic transmission on Feb 24, 2010.
14312048       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2010 00:29:07
                AMERICAN INFOSOURCE LP AS AGENT FOR,    AMERICAN HONDA FINANCE,    PO Box 248838,
                Oklahoma City, OK   73124-8838
13717924      +E-mail/Text: ebnbankruptcy@ahm.honda.com                            American Honda,
                2170 Point Blvd,    Elgin, IL 60123-7885
14018812       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2010 00:37:46       DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13717931       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2010 00:37:46       Discover Financial,
                Po Box 15316,    Wilmington, DE 19850
13717934      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2010 00:43:47       Gemb/Lowes,    Po Box 981400,
                El Paso, TX 79998-1400
13717935      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2010 00:43:48       Gemb/Lowes Dc,    Po Box 981416,
                El Paso, TX 79998-1416
13717936      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2010 00:43:48       Gemb/Lowesdc,    Po Box 981400,
                El Paso, TX 79998-1400
13717937      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2010 00:43:48       Gemb/Old Navy,    Po Box 981400,
                El Paso, TX 79998-1400
14009068      +E-mail/Text: bnc@nordstrom.com                            Nordstrom fsb,    POB 6566,
                Englewood,CO 80155-6566
13717944      +E-mail/Text: bnc@nordstrom.com                            Nordstrom fsb,    Po Box 13589,
                Scottsdale, AZ 85267-3589
14362496      +E-mail/PDF: rmscedi@recoverycorp.com Feb 25 2010 00:43:53
                Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB DISCOVER,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14362493      +E-mail/PDF: rmscedi@recoverycorp.com Feb 25 2010 00:44:01
                Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14362495      +E-mail/PDF: rmscedi@recoverycorp.com Feb 25 2010 00:43:53
                Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY REWARDS MASTERCARD,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14362545      +E-mail/PDF: rmscedi@recoverycorp.com Feb 25 2010 00:43:53
                Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 14
```

```
District/off: 0752-1          User: pseamann              Page 2 of 2                    Date Rcvd: Feb 24, 2010
Case: 09-11073                Form ID: pdf006             Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Eugene Crane,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
14129683*     Chase Bank USA NA,   PO BOX 15145,   Wilmington, De 19850-5145
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2010**            **Signature:** _Joseph Speetjens_